984 So.2d 571 (2008)
Freddie A. HENDERSON, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D08-609.
District Court of Appeal of Florida, Third District.
May 21, 2008.
Rehearing and Rehearing Denied July 11, 2008.
Freddie A. Henderson, in proper person.
Bill McCollum, Attorney General, for appellee.
Before GERSTEN, C.J., RAMIREZ, J., and SCHWARTZ, Senior Judge.
Rehearing and Rehearing En Banc Denied July 11, 2008.
PER CURIAM.
Affirmed. See Maddox v. State, 461 So.2d 176 (Fla. 1st DCA 1984).